[No. 45193-6-I.    Division One.    April 17, 2000.]

SHAWNA LEE RUSH, *Respondent*, v. STEVEN ALAN ROSE, ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-23979-4, Michael J. Fox, J., entered August 2, 1999. *Reversed* by unpublished per curiam opinion.

[Nos. 43206-1-I; 44401-8-I.    Division One.    April 17, 2000.]

*In the Matter of the Dependency of* D.T.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated May 1, 2000.

[No. 44375-5-I.    Division One.    April 17, 2000.]

SAMIR ATTALAH, *Appellant*, v. AMERICAN GOLF CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-30934-4, J. Kathleen Learned, J., entered March 1 and 19, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44599-5-I.    Division One.    April 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANA LYNN BORGMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-02046-1, Charles S. French, J., entered April 5, 1999. *Affirmed* by unpublished per curiam opinion.